AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 11:30 am, Apr 17, 2025

| United States of America | )  |
|---|---|
| v. | ) Case: 1:25-cr-109 |
| Tony Caesar | ) Assigned To: Berman Jackson, Amy |
|  | ) Assign Date: 4/16/2025 |
|  | ) Description: INDICTMENT (B) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Tony Caesar ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violations of 18 U.S.C. §§ 1951, 2 (Interference with Commerce by Robbery and Aiding and Abetting,) and 18 U.S.C. §§ 924(c)(1)(A)(ii), 2 (Using, Carrying, Possessing, and Brandishing a Firearm During a Crime of Violence and Aiding and Abetting)

Date: 04/16/2025

*Issuing officer's signature*

City and state:   Washington, D.C.         Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/16/~~24~~ 25, and the person was arrested on *(date)* 4/21/25
at *(city and state)* Charles County, MD.

Date: 4/22/25

*Arresting officer's signature*

Special Agent Bela Schuler
*Printed name and title*